WESTERN DISTRICT OF MI U.S. DISTRICT COURT

| PLAINTIFF | vs | DEFENDANT |
|---|---|---|
| CASSADAY, KEVIN W. -PRO PER | | FOOD & DRUG ADMINISTRATION - U.S.A |

FILED - GR
June 16, 2022 11:27 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /6-16

1:22-cv-558
Robert J. Jonker
Chief U.S. District Judge

JURISDICTION:

THE PLTF. IS STILL A DESEGNATED VOTER & RESIDENT OF THE ABOVE COURT. THIS IS THE PROPER COURT.

ASSOCIATED CASES:

SOUTHERN DIST. OF NY U.S. DIST. COURT

1:22-CV-2495   CASSADAY VS. PFIZER INC.

AFFIDAVIT:

THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.

6-13-2022        Kevin Cassaday # 9178

P. 1-3

COMPLAINT:

COVID-19 WAS AN ORCHESTRATED EVENT TO MANIPULATE SOCIETY INTO GETTING A U.S. GOV. VACEENE INTO WORKERS ARMS TO KEEP WORKERS ON THE JOB & BRIBE COMPANIES, HOSPITALS, DOCTORS FOR THE U.S. 45TH PRESIDENTS REELECTION

THE VACEENES ARE SYNTHETIC CODE THAT ALLEGEDLY ALTERS THE RECIEPIENTS DNA.

THE PFIZER SHOT IS ALLEGEDLY LACED WITH EITHER 'STEM CELL BOOSTERS' OR A STEROIDAL, TO MURACULASLY MAKE PEOPLE STRONGER, TO IN PLTF.'S CASE, CREATE AN ILLOUSION HE IS A FAKER OF HIS DISABILITES & WAS VICTIM TO U.S. CONST. AMENDMENT 13 - SLAVERY & ABUSE

COVID WAS A SCHEME TO DEFRAUD AMERICANS & AMERICA BY REPUBLICANS BACK IN 2017 UNDER

P. 2-3

"GAIN OF FUNCTION RESEARCH", STAGED IN WUHAN, CHINA TO PLACE BLAME ON CHINA FOR THE 45TH PRES. NARRATIVE & PROPAGANDA IN POLITICS.

PLTF. REQUESTS A COURT ORDER TO 'CEASE & DESIST' UPON PFIZER, MODERNA, J&J ON ALL COVID, & WHOEVER ELSE IS INVOLVED, ACCOUNTABILITY FOR ALL PROFFITEERS.

THIS HAS CREATED A RIPPLE IN TIME, & A STAIN ON AMERICANS, ALL FOR POLITICS AS THAT IS THE ONLY WAY REPUBLICANS CAN GET VOTES, BY FEARMONGERING SOCIETY IN FALSE NARRATIVE.

WESTERN DISTRICT OF MI U.S. DISTRICT COURT

| PLAINTIFF | vs DEFENDANT |
|---|---|
| CASSADAY, KEVIN W. PRO PER | F.D.A. — U.S.A. |

COMPLAINT CONTINUED:

AS PROOF, OF A POSSIBLE HABITUAL PATTERN, A BOOK TITLED — TRUE NORTH BY GARY HEIM & LISA HEIM; PAGE 71; UNDER "ANXIETY" STATES

"THE 2009 SWINE FLU PANDEMIC SCARE IS AN EXAMPLE OF A MEDIA FRENZY THAT HAD PEOPLE FLOCKING TO BUY MASKS AND HAND SANITIZER, SHUTTING DOWN SCHOOLS, AND CANCELLING FLIGHTS TO MEXICO. AS THIS WRITING, THE SWINE FLU HAS TURNED OUT TO BE NO MORE DANGEROUS THAN THE USUAL STRAINS OF

P. 1-

FLU WE HAVE EACH WINTER, WHICH THE MEDIA RARELY REPORT WITH SUCH INTENSITY."

THE WORLD HAS BEEN MANIPULATED, BEEN BEING MANIPULATED FOR MARKET & PROFIT GAINS.

AMERICA IS OVERLY FIXATED ON UNEDUCATED INDIVIDUAL WHILE ALL WHITE COLLAR DEGREED ABUSERS STEER A FEARMONGERING NARRATIVE, OUR COURTS & JUSTICE SYSTEM ARE IN PLTF.'S CASE THE OPPRESSORS OF REALITY & ARE A SYSTEMIC FAILURE OF THE TRUTH, REAL WORKERS TRUTH.

AMERICA IS A PIGGY BANK IF YOU CONTROL THE WAVES AS HISTORY & CURRENT COVID-19 SHOW, WITH A 20% BONUS FOR DUPLICATED "FLU" SHOTS. U.S. GOV. IS A FAILURE, THE ACTUAL JUSTICE SYSTEM IS

P. 2 -

A HYPOCRITICAL JOKE OF HYPOCRICY, AN EXTENTION FOR ELITISTS NARRATIVE, SO THE RICH CAN GET RICHER BY SENSATIONALIZING SOCIETYS REALITY.

THE U.S. GOV., DEF. ARE A JOKE.

THIS COVID WAS ALSO ALLEGEDLY A SCHEME TO MAKE UP FOR PHARMASUTICAL COMPANIES LOSSES OF THE "OPIOID PANDEMIC," IN WHICH WORKERS ARE IN PAIN FROM THE SLAVERY THEY HAVE ENDOURED, & THE VACENE FOR COVID WAS TO COVER UP THAT ABUSE, BY WHITE, RACIST BUSINESSMEN, THE 45TH U.S. PRESIDENT!!!

AFFIDAVIT:

THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.

6-14-2022　　Kevin Cassidy #9178

P. 3 -

Cassaday
NCJ
P.O. BOX 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
14 JUN 2022 PM 1 L
✱ Rtrn. Suc. Rqst.



"THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL"

U.S. COURT CLERK
110 Michigan St., NW
Grand Rapids, MI 49503

✱ Legal Mail

49503-230099